1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:   (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

7  KIRK J. WOLDEN
   CARTER WOLDEN CURTIS, LLP
8  1111 Exposition Boulevard, Suite 602
   Sacramento, CA 95815
9  Telephone:  (916) 567-1111
   Facsimile: (916) 567-1112
10 kirk@cwclawfirm.com

11 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CASE NO.   2:19-CV-01580-WBS-CKD<br><br>**STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES; AND PROPOSED ORDER** |

The parties to the above-caption case hereby stipulate to extend the discovery and motion deadlines as follows in light of the COVID-19 public health emergency (the parties do <u>not</u> seek to extend the date of the Final Pretrial Conferencer or the date of the Trial):

Under the current Status (Pretrial Scheduling) Order, the pertinent discovery deadlines are as follows:

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | July 24, 2020 |
| Defendant's Disclosure of Experts and Reports: | August 28, 2020 |
| Rebuttal Expert Disclosure and Reports: | September 25, 2020 |
| Discovery Cut-Off: | October 23, 2020 |
| Motions to Compel Must Be Heard By: | October 23, 2020 |
| Dispositive Motions Shall Be Filed By: | December 11, 2020 |

The current national health crisis related to the coronavirus has made litigation of this case, including the scheduling depositions and an independent medical evaluation, extremely difficult if not impossible. California currently is under a state-wide stay-at-home order, and it is not known when that order will be lifted. In light of this unprecedented situation, which will be of unknown duration, the parties submit that good cause exists to modify the schedule. Based on the information currently available, the parties stipulate and respectfully request that the Court modify the discovery and motion deadlines as follows:

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | September 4, 2020 |
| Defendant's Disclosure of Experts and Reports: | October 2, 2020 |
| Rebuttal Expert Disclosure and Reports: | October 23, 2020 |
| Discovery Cut-Off: | November 20, 2020 |
| Motions to Compel Must Be Heard By: | November 20, 2020 |
| Dispositive Motions Shall Be Filed By: | December 11, 2020 |

The parties do not request an extension of the date of the Final Pretrial Conference (scheduled for February 16, 2021) or the date of the Trial (April 13, 2021).

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY AND MOTION DEADLINES

Respectfully submitted,

Dated: April 13, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States

Dated: April 13, 2020

*/s/ Kirk J. Wolden*
Kirk J. Wolden
CARTER WOLDEN CURTIS, LLP
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE