1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2821
   Facsimile:   (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

7  KIRK J. WOLDEN
   CARTER WOLDEN CURTIS, LLP
8  1111 Exposition Boulevard, Suite 602
   Sacramento, CA 95815
9  Telephone:  (916) 567-1111
   Facsimile: (916) 567-1112
10 kirk@cwclawfirm.com

11 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM, | CASE NO.   2:19-CV-01580-WBS-CKD |
| Plaintiff, | |
| v. | **SECOND STIPULATION TO EXTEND DISCOVERY, MOTION AND TRIAL DEADLINES; AND PROPOSED ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to the above-captioned case hereby stipulate to again extend the discovery, motion, and trial deadlines as follows in light of the COVID-19 public health emergency.

Under the current Status (Pretrial Scheduling) Order, the pertinent discovery deadlines are as follows:

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY, MOTION, AND TRIAL DEADLINES

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | September 4, 2020 |
| Defendant's Disclosure of Experts and Reports: | October 2, 2020 |
| Rebuttal Expert Disclosure and Reports: | October 23, 2020 |
| Discovery Cut-Off: | November 20, 2020 |
| Motions to Compel Must Be Heard By: | November 20, 2020 |
| Dispositive Motions Shall Be Filed By: | December 11, 2020 |
| Pretrial Conference: | February 16, 2021 |
| Trial: | April 13, 2021 |

The current national health crisis related to the coronavirus has made litigation of this case, including the scheduling depositions and an independent medical evaluation, extremely difficult if not impossible in some cases. In light of this unprecedented situation, which will be of unknown duration, the parties submit that good cause exists to modify the schedule. Based on the information currently available, the parties stipulate and respectfully request that the Court modify the discovery and motion deadlines as follows:

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | January 7, 2021 |
| Defendant's Disclosure of Experts and Reports: | February 5, 2021 |
| Rebuttal Expert Disclosure and Reports: | March 5, 2021 |
| Discovery Cut-Off: | April 30, 2021 |
| Motions to Compel Must Be Heard By: | April 2, 2021 |
| Dispositive Motions Shall Be Filed By: | May 7, 2021 |
| Pretrial Conference: | **August 16, 2021, 1:30 pm** |
| Trial: | **October 13, 2021, 9:00 am** |

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY, MOTION, AND TRIAL DEADLINES

Respectfully submitted,

Dated: July 21, 2020       McGREGOR W. SCOTT
                           United States Attorney


                           */s/ Edward A. Olsen*
                           EDWARD A. OLSEN
                           Assistant United States Attorney
                           Attorneys for the United States


Dated: July 21, 2020       */s/ Kirk J. Wolden*
                           Kirk J. Wolden
                           CARTER WOLDEN CURTIS, LLP
                           Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE