| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2821<br>Facsimile: (916) 554-2900 |
| 5 | edward.olsen@usdoj.gov |
| 6 | Attorneys for the United States of America |
| 7 | KIRK J. WOLDEN<br>CARTER WOLDEN CURTIS, LLP |
| 8 | 1111 Exposition Boulevard, Suite 602<br>Sacramento, CA 95815 |
| 9 | Telephone: (916) 567-1111<br>Facsimile: (916) 567-1112 |
| 10 | kirk@cwclawfirm.com |
| 11 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO.   2:19-CV-01580-WBS-CKD<br><br>**STIPULATION AND ORDER TO REFER ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-captioned case to the Voluntary Dispute Resolution Program ("VDRP").

//

//

//

STIPULATION AND PROPOSED ORDER TO SUBMIT CASE TO VDRP

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:   September 28, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|   | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States |
| Dated:   September 28, 2020 | */s/ Kirk J. Wolden*<br>Kirk J. Wolden<br>CARTER WOLDEN CURTIS, LLP<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 29, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO SUBMIT CASE TO VDRP