1  McGREGOR W. SCOTT
United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2821
Facsimile: (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

7  KIRK J. WOLDEN
CARTER WOLDEN CURTIS, LLP
8  1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
9  Telephone: (916) 567-1111
Facsimile: (916) 567-1112
10 kirk@cwclawfirm.com

11 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRUCE CUNNINGHAM, | CASE NO. 2:19-CV-01580-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | **THIRD STIPULATION TO EXTEND DISCOVERY, MOTION AND TRIAL DEADLINES; AND ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to the above-captioned case hereby stipulate to again extend the discovery, motion, and trial deadlines as follows in light of the COVID-19 public health emergency.

Under the current Status (Pretrial Scheduling) Order, the pertinent deadlines are as follows:

//

//

//

STIPULATION AND ORDER TO EXTEND DISCOVERY, MOTION, AND TRIAL DEADLINES

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | January 7, 2021 |
| Defendant's Disclosure of Experts and Reports: | February 5, 2021 |
| Rebuttal Expert Disclosure and Reports: | March 5, 2021 |
| Discovery Cut-Off: | April 30, 2021 |
| Motions to Compel Must Be Heard By: | April 2, 2021 |
| Dispositive Motions Shall Be Filed By: | May 7, 2021 |
| Pretrial Conference: | August 16, 2021 |
| Trial: | October 13, 2021 |

The current national health crisis related to the coronavirus has made thorough and complete discovery, including the scheduling an independent medical evaluation, extremely difficult.  In light of this unprecedented situation, which will be of unknown duration, the parties submit that good cause exists to modify the schedule.  Based on the information currently available, including the fact that the parties have stipulated to inclusion of this case in the Court's Voluntary Dispute Resolution Program ("VDRP"), the parties stipulate and respectfully request that the Court modify the discovery, motion, and trial deadlines as follows:

| | |
|---|---|
| Plaintiff's Disclosure of Experts and Reports: | June 4, 2021 |
| Defendant's Disclosure of Experts and Reports: | July 9, 2021 |
| Rebuttal Expert Disclosure and Reports: | August 6, 2021 |
| Discovery Cut-Off: | September 10, 2021 |
| Motions to Compel Must Be Heard By: | September 3, 2021 |
| Dispositive Motions Shall Be Filed By: | October 15, 2021 |
| Pretrial Conference: | January 31, 2022, at 1:30 p.m. |
| Trial: | March 29, 2022, at 9:00 a.m. |

//

/

//

STIPULATION AND ORDER TO EXTEND DISCOVERY, MOTION, AND TRIAL DEADLINES

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  November 17, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|   |   |
|   | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States |
|   |   |
| Dated:  November 17, 2020 | */s/ Kirk J. Wolden*<br>Kirk J. Wolden<br>CARTER WOLDEN CURTIS, LLP<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 18, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY, MOTION, AND TRIAL DEADLINES