UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:19-cv-01580 WBS CKD<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Deborah Barnes for the court's Settlement Week program to conduct a settlement conference on May 24, 2021 at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by video conference.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Deborah Barnes on May 24, 2021 at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by video conference.

2. Each party must have a principal with full and unlimited authority to negotiate and enter into a binding settlement attend. Those in attendance must be prepared to

discuss the claims, defenses, and damages.  The failure of any counsel, party, or authorized person subject to this order to appear in person, or as otherwise authorized by the court, may result in the imposition of sanctions.

3. Parties are directed to submit confidential settlement statements no later than May 17, 2021 to dborders@caed.uscourts.gov.  Parties are also directed to file a "Notice of Submission of Confidential Settlement Statement" (See L.R. 270(d)).

Dated:  April 21, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE