PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

KIRK J. WOLDEN
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
Telephone: (916) 567-1111
Facsimile: (916) 567-1112
kirk@cwclawfirm.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM, | CASE NO. 2:19-CV-01580-WBS-CKD |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR FILING DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties settled the above-captioned case on May 24, 2021, following a settlement conference. The parties have executed a written settlement agreement and the United States Postal Service is processing the agreement for issuance of a check. However, the check will not be issued by the deadline imposed by the Court for the filing of a dismissal of the action with prejudice (today, June 24, 2021). Accordingly, the parties respectfully ask the Court to extend the deadline for the filing of a dismissal with prejudice by thirty days.

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE

Respectfully submitted,

Dated: June 24, 2021

PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States

Dated: June 24, 2021

*/s/ Kirk J. Wolden*
Kirk J. Wolden
CARTER WOLDEN CURTIS, LLP
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 28, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE