PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

KIRK J. WOLDEN
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
Telephone:  (916) 567-1111
Facsimile: (916) 567-1112
kirk@cwclawfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE CUNNINGHAM,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | No.   2:19-cv-01580 WBS CKD<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING DISMISSAL WITH PREJUDICE AND ORDER** |

The parties settled the above-captioned case on May 24, 2021, following a settlement conference.  The parties have executed a written settlement agreement and the United States Postal Service is processing the agreement for issuance of a check.  However, the check will not be issued by the deadline imposed by the Court for the filing of a dismissal of the action with prejudice (tomorrow, July 23, 2021).  Accordingly, the parties respectfully ask the Court to extend the deadline for the filing of a dismissal with prejudice by thirty days.

STIPULATION AND ORDER TO EXTEND DEADLINE

Respectfully submitted,

Dated: July 22, 2021
PHILLIP A. TALBERT
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States

Dated: July 22, 2021
*/s/ Kirk J. Wolden*
Kirk J. Wolden
CARTER WOLDEN CURTIS, LLP
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: July 27, 2021
/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE